**STATE of Missouri, Respondent,**

v.

**Robert TOWNS, Appellant.**

No. ED 94114.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 29, 2011.

Alexandra E. Johnson, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Dora A. Fichter, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Defendant, Robert Towns, appeals from the judgment entered after a jury found him guilty of assault on a law enforcement officer in the first degree, armed criminal action and resisting arrest. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 30.25(b).